UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

MICK ROCK,                                                             Index No. 1:16-cv-09157-LAP

                  Plaintiff,

              -against-

COMPLEX MEDIA, INC.

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mick Rock hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice in its entirety.

Dated: January 4, 2017

                                            LIEBOWITZ LAW FIRM, PLLC

                                            By: /s/ Richard Liebowitz
                                                Richard P. Liebowitz
                                          11 Sunrise Plaza, Suite 305
                                          Valley Stream, NY 11580
                                          Tel: (516) 233-1660
                                          RL@LiebowitzLawFirm.com

                                          *Attorneys for Plaintiff Mick Rock*